UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SH TANKERS LIMITED,<br><br>                              Petitioner,<br><br>- against -<br><br>KOCH SHIPPING INC.,<br><br>                              Respondent. | 12-cv-00375 (AJN)<br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Petitioner SH Tankers Limited ("SH Tankers"), hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order filed on June 19, 2012, and all adverse rulings subsumed therein including the opinion and order denying SH Tankers' petition to compel arbitration and to vacate the Panel's ruling dated October 19, 2011.

Dated: New York, New York
       July 18, 2012

                                              HOLLAND & KNIGHT LLP

                                       By:    _____
                                              William J. Honan
                                              Christopher R. Nolan
                                              K. Blythe Daly
                                              31 West 52nd Street
                                              New York, NY 10019
                                              Tel:    (212) 513-3200
                                              Fax:    (212) 385-9010
                                              bill.honan@hklaw.com
                                              chris.nolan@hklaw.com
                                              blythe.daly@hklaw.com

                                              *Attorneys for Petitioner*

#11385046_v2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SH TANKERS LIMITED,<br><br>                              Petitioner,<br><br>- against -<br><br>KOCH SHIPPING INC.,<br><br>                              Respondent. | 12-cv-00375 (AJN) |

### CERTIFICATE OF SERVICE

I, Elvin Ramos, under penalty of perjury of the laws of the United States of America, this 18th day of July 2012, caused a true copy of the annexed NOTICE OF APPEAL to be served by operation of the Case Management/Electronic Case Filing System for the United States District Court for the Southern District of New York (the "CM/ECF System") upon registered users of the CMF/ECF System, and by First Class U.S. Mail, postage pre-paid, upon the following:

**Bruce G. Paulsen**
**Jeffrey Malcolm Dine**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**James Michael Textor**
**Joseph Francis De May , Jr r**
Cichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, NY 10006

_____
Elvin Ramos

Dated: July 18, 2012